**EXHIBIT A**

| **SC-100** | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |
|---|---|

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SISKIYOU
WEED BRANCH

**JAN 2 6 2011**

BY: ~~Rita Koven~~ DEPUTY CLERK

*Fill in court name and street address:*
**Superior Court of California, County of**
Siskiyou
Weed Branch
550 Main Street
Weed, CA   96094

*Clerk fills in case number and case name:*
**Case Number:**
MCWDCV (7  11-141
**Case Name:**
Holland - US - BP America

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date → | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 3-15-11 | 9:00 Am | | address above |
| | 2. | | | |
| | 3. | | | ~~Rita Koven~~ |

Date: 1-26-11        LARRY D. GOBELMAN
                    Clerk, by _____, Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2011, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5 →

Case Number:

Plaintiff *(list names):* Scott Holland

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**
Name: Scott Holland     Phone: ( )
Street address: 16535 Stewart Road   Montague   CA   96064
　　　　　　　　Street   City   State   Zip
Mailing address *(if different):*
　　　　　　　　Street   City   State   Zip

**If more than one Plaintiff, list next Plaintiff here:**
Name:     Phone: ( )
Street address:
　　　　　　　　Street   City   State   Zip
Mailing address *(if different):*
　　　　　　　　Street   City   State   Zip

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2) The Defendant (the person, business, or public entity being sued) is:**
Name: BP America (British Petroleum, BP, BP PLC, BP North America)     Phone: (281) 3662000
Street address: 501 Westlake Boulevard   Houston   TX   77079
　　　　　　　　Street   City   State   Zip
Agent for Svrc. C.T. Corporation
Mailing address *(if different):*  818 W. 7th St, LA, CA 90017
　　　　　　　　Street   City   State   Zip

**If more than one Defendant, list next Defendant here:**
Name:     Phone: ( )
Street address:
　　　　　　　　Street   City   State   Zip
Mailing address *(if different):*
　　　　　　　　Street   City   State   Zip

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:*

**(3) The Plaintiff claims the Defendant owes $ 7500** . *(Explain below):*
a. Why does the Defendant owe the Plaintiff money? SC 100 - SEE ITEM 3 (Attached)

b. When did this happen? *(Date):*
If no specific date, give the time period: Date started: 04/11/2010   Through: 12/01/2010
c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* By invoice using an hourly rate as a consultant.

☑ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Plaintiff *(list names):* Scott Holland _____   Case Number: _____

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:* _____

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.   (4) Where a contract (written or spoken) was made,
    (2) Where the Plaintiff's property was damaged.   signed, performed, or broken by the Defendant *or*
    (3) Where the Plaintiff was injured.   where the Defendant lived or did business when
       the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 96064

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 01/26/11   Scott Holland _____   ▶ *[signature]*
    *Plaintiff types or prints name here*   *Plaintiff signs here*

Date: _____   _____   ▶
    *Second Plaintiff types or prints name here*   *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500, including a sole proprietor. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.



Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

# Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en: *www.courtinfo.ca.gov/selfhelp/espanol/ reclamosmenores/prepararse.htm*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en: *www.courtinfo.ca.gov/forms*

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/ apelar.htm*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.

- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

MC-031

| PLAINTIFF/PETITIONER: Scott Holland vs. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: British Petroleum (BP/BP PLC/BP N. America), Inc. | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

Why do they owe you money?
BP [website] solicited solutions for their negligent "gulf oil spill. Plaintiff, of Siskiyou County, CA, an inventor w/a BS Business 3.82GPA, studied, researched, and contacted a hydraulics company in LA in response. Plaintiff sent several e-mails to BP with diagrams, instructions, and the LA hydraulics company dialogue - without intellectual property protection - important as should my submissions be valuable beyond what I billed, BP may claim they own them 100%. I.e., I incurred atypical risk due to BP's negligence/emergency, in an effort to help, and BP should bear the cost.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/29/10

Scott Holland
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

**Scott W. Holland**
16535 Stewart Road
Montague, CA 96064
sholland0000@yahoo.com
(347) 387-5383

May 25, 2010

John Burtchaell
V.P. Sales
Hydradyne Hydraulics
Corporate Headquarters
2801 Peters Road
Harvey, LA 70059
Phone: 504-227-0254
Fax: 504-227-0852

Re: Hydradyne Hydraulic Crush Box - Solution to Pinch BP Pipe Shut

Hi John:

As we discussed by phone today, I contacted HH to determine if there was merit in the idea of forming a box to lower over the pipe end and pinch it shut as described and illustrated below.

With some more thought, a problem with scissors we discussed may be in not just the forward force needed to hold the scissors in place while pinching so they do not slide off, but in just positioning them period... the box design addresses that flaw as once it is over the pipe, it contains itself absent the surface ship cables pulling it off.

If Hydradyne is seriously interested it has to be a quick decision (never comfortable for execs... sorry). I will assist in any way I can if you are. I do both business and legal consulting (not an attorney, but very experienced with references) and currently have time to devote to this crisis.

Should be great for employee moral as diving in together to help solve a crisis inspires people and allows them to really feel good about their company. And at the end being able to say I tried, regardless, is good for moral and corporate goodwill during sales calls). Marketing exposure, if the idea gets traction resulting news coverage and splashed around the oil industry, never mind the real possibility Hydradyne could come up with a solution that should get a Metal of Honor), could be quite valuable.

1. **Steps**:

    1.1. Determine Hydradyne's interest.
    1.2. Determine who initially between HH and I as to who will make what calls to accomplish what.

1.3. Determine if the pipe material where a "Hydradyne Hydraulic Crush Box" (you want to use the full phrase as you may as well get rewarded for doing good) will be able to get to and pinch the pipe without a likelihood of tearing.

1.4. Start raising funds (I do not see the feds giving anyone a hard time about accounting under these circumstances) to build the crush box (regardless of success or completion, trying is what needs to be done *now – only trying* can lead to success, even if in the end you only end up motivating or inspiring others – and feeling great about yourself).

1.5. Get a piece of the exact (or similar enough for proof of concept) same type of pipe to test.

1.6. Construct a rudimentary prototype.

1.7. Contact local politicians for interview/demo at Hydradyne.

1.8. Contact local new channel for interview/demo at Hydradyne.

1.9. Use the Hydradyne hydraulic crush box to pinch a test pipe shut on the news.

2. **Key Features**:

2.1. Relatively fast to construct.

2.2. Relatively inexpensive to construct.

2.3. Relatively easy to deploy with existing ships.

2.4. Can gradually pinch pipe controlled precisely from surface.

2.5. Very low tech – KISS – with tried and proven technology and components.

2.6. Once pinched, safe and permanent solutions can be pursued without haste.\

2.7. [optional] Mechanical locking/ratcheting" system so progress or closure will not be reversed by hydraulic failure (like hose cut in future permanent efforts).

2.8. Easy to test. Take piece of same pipe and try it on land several times to check for design flaws.

3. **Materials**:

3.1. (2) Steel beams [or perhaps 2 sets to crimp in two places for redundancy] capable, when pulled together from each end, of pinching the pipe shut without tearing it.
   3.1.1. Pads or rollers on the face of the beams to ensure the pipe does not tear.

3.2. Hydraulic equipment capable of pulling the two beams together with sufficient control and force to pinch the pipe shut given the pressure.

   3.2.1. Rams?
   3.2.2. Hydraulic driven worm screws?

3.3. Cables to a surface ship to control all four corners of the box for positioning.

3.4. Battery power supply on the box.

3.5. Power cable to the surface ship for redundancy.

3.6. Hydraulic power from a surface ship cable as an emergency backup to hydraulic pump on the box – more redundancy.

    3.7.    Mechanical locking/ratcheting" system so progress or closure will not be reversed by hydraulic failure.

4. <u>The crush box cannot be allowed to "slide" up the pipe due to pressure and oil lubrication during pinching</u>. Without more details I am not sure if given the weight of the crush box this would be an issue or how to address it.

5. The pinching mechanism might have redundant solenoid operated "mechanical locking/ratcheting" system so progress or closure will not be reversed by hydraulic failure (such as a line getting cut in future efforts at permanent solutions), but will allow the rams to move in both directions for unforeseen issues like bad crimping requiring a repositioning.

6. It is basically what they do with nuclear materials… pinch them off underground and figure out what to do next… later… but in the meantime all our hair is not falling out.



Scott W. Holland
16535 Stewart Road
Montague, CA 96064
scottholland@vhctoday.org
(347) 387-5383

May 28, 2010



CAD designs plugs size & shape, along with exact distances so the device can be made and tested on a mock CAD model of the pipe & leaks before use.

Clamping device w/arms having plugs on the end.

Once device is clamped onto pipe, arms are actuated and drive plugs into holes to slow and or assist mud in stopping leak by reducing the hole sizes needed to be plugged by mud.

Plugs with arms that will open once inside the hole so they cannot come out. Like a drywall butterfly – push through hole and it opens up. If you add a screw mechanism like the drywall butterfly, a second robot could use a socket to tighten the plug which can have a sealing gasket (not shown) on the top.

The two sets of large arms will clamp the device onto the pipe in the proper position so the arms will hit the holes as tested.



# Invoice

**Scott W. Holland, Consultant**
**16535 Stewart Road**
**Montague, CA 96064**
**347-387-5383**
*sholland0000@yahoo.com*
**Social Security # 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**

Date: June 10, 2010
INVOICE # 1191

BP Accounts Payable
C/O Accenture
P.O. Box 606049
San Antonio, TX 78269
888-529-1358
Customer ID: Open
Solicitation by BP

To

| Salesperson | Job | Payment Terms | Due Date |
|---|---|---|---|
| SWH | BP Horizon Oil Leak | 18% Interest Compounded Monthly After 10 Business Days | Upon Receipt |

| Quantity | Description | Unit Price | Line Total |
|---|---|---|---|
| 4 HOURS | Research for proposed solution to stop leak – "Hydraulic Crush Box" | $300/hr | $1,200 |
| 6 HOURS | Draft & submit "Hydraulic Crush Box" proposal via BP website | $300/hr | $1,800 |
| 4 HOURS | Locate/Contact/Write Hydradyne (Louisiana hydraulics company) | $300/hr | $1,200 |
| 8 HOURS | Research for proposed solution to stop leak – "Hydraulic Clamp & Plug" | $300/hr | $1,800 |
| 6 HOURS | Draft & submit "Hydraulic Clamp & Plug" proposal via BP website | $300/hr | $2,400 |
| 5 HOURS | Draft/Send Proposal for Hydradyne (Louisiana hydraulics company) | $300/hr | $1,500 |
| | ** Documents prepared & sent enclosed ** | | |
| | | Subtotal | |
| | | Sales Tax | |
| | | Total | $9,900 |

Make all checks payable to Scott W. Holland, Consultant

*Thank you for your business!*

Scott W. Holland, Consultant 16535 Stewart Road, Montague, CA 96064 347-387-5383 sholland0000@yahoo.com



# *Final Invoice

* [NOTE: SMALL CLAIMS ACTION WILL BE FILED IN WEED, CA IF PAYMENT IS NOT RECEIVED BY NOVEMBER 26, 2010]

**Scott W. Holland, Consultant**
**16535 Stewart Road**
**Montague, CA 96064**
347-387-5383
<u>sholland0000@yahoo.com</u>
**Social Security # 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**

Date: June 10, 2010
INVOICE # 1191
*Resubmitted by USPS*
*Certified/Return Receipt on:*
*November 10, 2010*

To

BP Accounts Payable
C/O Accenture
P.O. Box 606049
San Antonio, TX 78269
888-529-1358
Customer ID: Open
Solicitation by BP

| Salesperson | Job | Payment Terms | Due Date |
|---|---|---|---|
| SWH | BP Horizon Oil Leak | 18% Interest Compounded Monthly After 10 Business Days | Upon Receipt |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 4 HOURS | Research for proposed solution to stop leak – "Hydraulic Crush Box" | $300/hr | $1,200 |
| 6 HOURS | Draft & submit "Hydraulic Crush Box" proposal via BP website | $300/hr | $1,800 |
| 4 HOURS | Locate/Contact/Write Hydradyne (Louisiana hydraulics company) | $300/hr | $1,200 |
| 8 HOURS | Research for proposed solution to stop leak – "Hydraulic Clamp & Plug" | $300/hr | $1,800 |
| 6 HOURS | Draft & submit "Hydraulic Clamp & Plug" proposal via BP website | $300/hr | $2,400 |
| 5 HOURS | Draft/Send Proposal for Hydradyne (Louisiana hydraulics company) | $300/hr | $1,500 |
| | | | |
| | ** Documents prepared & sent enclosed with original Invoice on June 10, 2010** | | |
| | | Subtotal | |
| | | Sales Tax | |
| | | Interest | *Waived |
| | | Total | $9,900 |

* Interest waived if payment is made by Friday, November 26, 2010

Make all checks payable to Scott W. Holland, Consultant

*Thank you for your business!*

Scott W. Holland, Consultant, 16535 Stewart Road, Montague, CA 96064  347-387-5383  sholland0000@yahoo.com

# Scott Holland

**From:** Scott Holland [ScottHolland@vhctoday.org]
**Sent:** Wednesday, June 02, 2010 2:36 PM
**To:** 'John Burtchaell'
**Subject:** RE: BP Oil Pipe - MSNBC Expert on Chris Matthews said pipe could be crushed shut

Hi John,

Just saw an expert on Chris Matthews who said the pipe could be pinched shut. He went on to say how complicated it would be.

I disagree with that. A box, plugging device (plugging device could have hoses attached to plugs to suck oil up to ship), and/or scissors to crush a 20" pipe... it can be positioned using cables, and once positioned and activated would be pretty sure and safe as the pinch/plug can be controlled via hydraulics.

Call your local politicians and MSNBC and tell them how long Hydradyne feels it would take to build such a device. BP seems to have prioritized being able to get the oil over stopping it.

A 20" pipe... you have to be joking. Even at 5000' a hydraulic crush/plug could easily do the job.

I have a belief a company like Hydradyne could build a device to pinch a 20" in a day or two (not including cable rigging and an interface/control with a surface ship that would have to be coordinated with BP, and testing).

Just helping as BP asked.

Thanks for your time John.

Btw... I am sending BP an invoice for my time for their solicitation of my time/skills. I have a feeling if I had a disaster in my car and needed gas, then openly solicited help and BP showed up with a gallon of gasoline... they would charge me $3.21 (N. CA pricing) and a delivery fee.

Scott

---

**From:** John Burtchaell [mailto:jburtchaell@hydra-dyne.com]
**Sent:** Thursday, May 27, 2010 11:09 AM
**To:** Scott Holland
**Subject:** RE: Proposal for BP Oil Pipe - Hydradyne Hydraulic Crush Box - Scissors comment

Good Afternoon Scott, Due to the complexity of the project, the situation, and also as a result of the latest BP efforts, Hydradyne Hydraulics has decided not to participate in your project. We do thank you for considering us to be a partner in your endeavor.

Regards,

John Burtchaell
Vice President of Sales
Hydradyne Hydraulics LLC

---

**From:** Scott Holland [mailto:ScottHolland@vhctoday.org]
**Sent:** Wednesday, May 26, 2010 11:53 AM
**To:** John Burtchaell
**Subject:** RE: Proposal for BP Oil Pipe - Hydradyne Hydraulic Crush Box - Scissors comment

Hi John,

Just because you never know and this is too serious to withhold brainstorming with merit from others with relevant knowledge/experience.

On the scissors thing... upon further thought having a mild curve/hook at the end each beam would solve the slipping off due to lack of forward pressure, and a scissors device may be able to get at sections of the pipe where debris would make getting a box over it difficult, impossible, or require cutting/moving by remote vehicle.

I realize what a long shot this is... but it is a nightmare and assuming the pipe can be crushed shut, it is a quick solution giving many months to figure out the rest and drill relief wells.

Thanks again for being interested on any level.

Scott Holland

---

**From:** John Burtchaell [mailto:jburtchaell@hydra-dyne.com]
**Sent:** Wednesday, May 26, 2010 6:06 AM
**Subject:** Read: Outline Proposal for BP Oil Pipe - Hydradyne Hydraulic Crush Box

Your message

   To:    John Burtchaell

   Cc:

Subject: Outline Proposal for BP Oil Pipe - Hydradyne Hydraulic Crush

Box

   Sent:   Tue, 25 May 2010 18:18:36 -0500

was read on Wed, 26 May 2010 08:06:13 -0500

Please visit http:\\www.hydra-dyne.com for more information.

The information in the Email and/or attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

It may be confidential and/or privileged and is intended solely for the person or entity to which it is addressed.

If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you have received it in error.

The review, dissemination, copying, or taking of any action based on the contents thereof is strictly prohibited.

If you have received this Email in error, please advise the sender by reply Email and then delete it and any attachment(s) from your system immediately.

Thank you.

The information in the Email and/or attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may be confidential and/or privileged and is intended solely for the person or entity to which it is addressed. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you have received it in error. The review, dissemination, copying, or taking of any action based on the contents thereof is strictly prohibited. If you have received this Email in error, please advise the sender by reply Email and then delete it and any attachment(s) from your system immediately. Thank you.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SISKIYOU
Weed Branch
550 Main Street
Weed, California 96094-2330



CERTIFIED MAIL

7002 0460 0001 3825 0983

049J82051876

$ 10.38
01/28/2011
Mailed From 96094
US POSTAGE

BP America, Inc.
Agent for Service: C.T. Corporation
818 W. 7th St.
Los Angeles, CA  90017