IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT HOLLAND,                                        No. CIV S-11-0580-KJM-CMK

        Plaintiff,

     vs.                                                             ORDER

BP AMERICA, INC.,

        Defendant.

                                   /

        Plaintiff, who is proceeding pro se, brings this civil action.  This action was removed to this court from the Siskiyou County Superior Court on March 2, 2011.  Plaintiff filed an amended complaint on March 7, 2011 (Doc. 6).  In response, defendant filed a motion to dismiss on March 17, 2011 (Doc. 7), which is currently set for hearing on April 28, 2011.  Plaintiff has not filed an opposition to the motion.

        Pursuant to Eastern District of California Local Rules, any opposition "to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed . . . hearing date."  See Local Rule 230(c).  The local rules further provide that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."  Id.

1       Accordingly, and pursuant to Local Rule 230(g), the hearing on defendant's
2 motion to dismiss, scheduled for April 28, 2011, at 10:00 a.m. before the undersigned in
3 Redding, California, is hereby taken off calendar and the matter is submitted on the record and
4 briefs.
5       IT IS SO ORDERED.

DATED: April 21, 2011

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE