# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

 

**JUDGMENT IN A CIVIL CASE**

**SCOTT HOLLAND,**

CASE NO: **2:11–CV–00580–KJM –CMK**

    v.

**BP AMERICA INC.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/29/12**

 

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 29, 2012**

by: /s/ L. Mena–Sanchez
Deputy Clerk